IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE GORDON,<br>　　　Petitioner | :<br>: NO. 3:11-CV-1595<br>: |
| v. | : (JUDGE NEALON)<br>: (MAGISTRATE JUDGE MANNION) |
| UNITED STATES OF AMERICA,<br>　　　Respondent | :<br>: |

## ORDER

**NOW**, THIS 30th DAY OF APRIL, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 8) is **ADOPTED**;

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DISMISSED**;

3. The Motion for Leave to Proceed in Forma Pauperis (Doc. 5) is **GRANTED**;

4. The Clerk of Court is directed to **CLOSE** this case; and

5. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Nealon
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

FILED
SCRANTON
APR 30 2012
PER _____
　　DEPUTY CLERK