# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL LEE GORDON,
    Petitioner

    v.

UNITED STATES OF AMERICA,
    Respondent

NO. 3:11-CV-1595

(JUDGE NEALON)
(MAGISTRATE JUDGE MANNION)

## ORDER

NOW, THIS 30th DAY OF APRIL, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 8) is **ADOPTED**;

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DISMISSED**;

3. The Motion for Leave to Proceed in Forma Pauperis (Doc. 5) is **GRANTED**;

4. The Clerk of Court is directed to **CLOSE** this case; and

5. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
**United States District Judge**

FILED
SCRANTON
APR 30 2012
PER _____
DEPUTY CLERK